IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:21-cr-070 |
| Daquan Travis Dixon, | ) | |
| | ) | |
| Defendant. | ) | |

On April 15, 2021, the court held a detention hearing for defendant. Following the hearing, the court issued an order conditionally releasing defendant at 4:00 PM on April 16, 2021. (Doc. No. 48). The order provided in relevant part that defendant was to have no direct or indirect contact with any co-defendants.

On April 16, 2021, the United States filed a Motion to Revoke Order Setting Conditions of Release. (Doc. No. 55). It advises that defendant has been sending text messages to co-defendant Cleondra Golden since the completion of the detention hearing in violation of the court's order. It has filed copies of these text messages as an exhibit. (Doc. No. 58). In these messages, defendant discussed having direct contact with Ms. Golden and ingesting marijuana (blunts).

The court is troubled by defendant's apparent casual disregard of its order. The court **GRANTS** the United States motion (Doc. No. 55) and **REVOKES** its order conditionally releasing defendant release pending a hearing at a date and time to be determined. Defendant shall remain in custody pending further order of the court.

**IT IS SO ORDERED.**

Dated this 16th day of April, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court